UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ERIKA RAMIREZ LUNA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:23-cv-1345-AMM-NAD |
| | ) |
| **WARDEN NEELY,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Erika Ramirez Luna filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On June 17, 2024, the magistrate judge entered a report recommending that the court deny the petition. Doc. 8. Although the magistrate judge advised the parties of their rights to file objections to the report and recommendation within fourteen days, *id.*, at 6-7, that time expired without the court receiving any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** the recommendation. The petition for writ of habeas corpus is due to be **DENIED** and **DISMISSED WITH PREJUDICE**.

A separate Final Order will be entered.

**DONE** and **ORDERED** this 15th day of July, 2024.


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE